AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 3819**

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension fund, and Howard McDougall, trustee

CASE NUMBER:

V.

ASSIGNED JUDGE:

Chicagoland Quad Cities Express, Inc., an
Illinois Corporation

JUDGE ZAGEL
MAGISTRATE JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Chicagoland Quad Cities Express, Inc., an Illinois Corporation
c/o Donna C. Strauser, Registered Agent
7715 South 78th Avenue, Building 5
Bridgeview, Illinois 60455

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura B. Bacon
Central States Legal Department
9377 West Higgins Road
10th Floor
Rosemont, Illinois 60018

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*
(By) DEPUTY CLERK

July 3, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 16, 2008 |
| NAME OF SERVER (PRINT) Patricia Scott | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate: Served Chicagoland Quad Cities Express, Inc. by leaving copies with Donna C. Strauser, registered agent, at 7715 S. 78th Ave, Bldg. 5, Bridgeview, IL 60455

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 16, 2008   *Patricia Scott*
       Date                  Signature of Server

7 S. Lincoln, Suite 201
Hinsdasle, IL 60521

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.