IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGOLAND QUAD CITIES EXPRESS, INC., an Illinois corporation,<br><br>Defendant. | No. 08 C 3819<br><br>Judge Zagel<br>Magistrate Judge Wilson |

## NOTICE OF MOTION

TO:  Laura B. Bacon
     Central States Legal Department
     9377 West Higgins Road
     10th Floor
     Rosemont, Illinois  60018

PLEASE TAKE NOTICE that on Thursday, August 14, 2008 at 10:15 a.m., I shall appear before Judge Zagel in Courtroom 2503, United States District Court, 219 S. Dearborn St., Chicago, Illinois  60604 and present the attached Motion to Extend Time Or Otherwise Plead.  A copy is hereby attached and served upon you.

527847v1

Respectfully Submitted,

By: s/ Daniel V. Kinsella
    One of Its Attorneys for
    Chicagoland Quad Cities, Inc.

Daniel V. Kinsella (ARDC #1468472)
Brian S. Hormozi (ARDC #6288254)
Schuyler Roche, P.C.
130 E. Randolph Street
Suite 3800
Chicago, IL 60601
(312) 565-2400

527847v1