## CERTIFICATE OF SERVICE

      I hereby certified that on August 6, 2008, I electronically filed the Motion to Extend Time or Otherwise Plead, Appearances of Daniel V. Kinsella and Brian S. Hormozi, along with the Notice of Motion with the Clerk of the Northern District Court of Illinois using the CM/ECF System which will send notifications of such filing to the following:

Laura B. Bacon
Central States Legal Department
9377 West Higgins Road
10th Floor
Rosemont, Illinois  60018

                                                    s/ Daniel V. Kinsella
                                                   (ARDC #1468472)

527890v1