U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 3819
Central States, Southeast and Southwest Areas Pension Fund,
and Howard McDougall, trustee
                                                            Plaintiffs,
v.
Chicagoland Quad Cities Express, Inc., an Illinois Corporation,
                                                            Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicagoland Quad Cities Express, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Brian S. Hormozi | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Brian S. Hormozi | |
| FIRM <br> Schuyler Roche, P.C. | |
| STREET ADDRESS <br> One Prudential Plaza, 130 East Randolph Street, Suite 3800 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6288254 | TELEPHONE NUMBER <br> (312) 565-2400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |