IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, trustee <br><br> Plaintiffs, <br><br> v. <br><br> Chicagoland Quad Cities Express, Inc., an Illinois Corporation, <br><br> Defendant. | No. 08 C 3819 <br><br> Judge Zagel <br> Magistrate Judge Mason |

## NOTICE OF FILING

TO:   Laura B. Bacon
       Central States Legal Department
       9377 West Higgins Road
       10th Floor
       Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on **August 26, 2008** we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, the attached **Defendant's Chicagoland Quad Cities Express, Inc., an Illinois Corporation Answer**, a copy of which is hereby served upon you.

CHICAGOLAND QUAD CITIES EXPRESS,
INC., an Illinois Corporation

By: /s/ Daniel V. Kinsella
     One of their Attorneys

Daniel V. Kinsella
Schuyler Roche, P.C.
130 East Randolph Street, Suite 3800
Chicago, IL 60601
Attorney No. 90398
(312) 565-2400

529032v1

## CERTIFICATE OF SERVICE

    I hereby certified that on August 26, 2008, I electronically filed the Defendants Chicagoland Quad Cities Express, Inc., an Illinois Corporation Answer, along with the Notice of Filing with the Clerk of the Northern District Court of Illinois using the CM/ECF System which will send notifications of such filing to the following:

Laura B. Bacon<br>
Central States Legal Department<br>
9377 West Higgins Road<br>
10th Floor<br>
Rosemont, Illinois 60018

By: /s/ Daniel V. Kinsella
     (ARDC #1468472)

529030v1